IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **168TH & DODGE, L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:03CV171** |
| vs. | ) | |
| | ) | **ORDER** |
| **RAVE REVIEWS CINEMAS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Pursuant to the parties' Stipulation (#92), the discovery deadlines contained in the Modified Final Progression Order (#57) are extended, as follows:

1. The Plaintiffs shall serve the defendant with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness they expect to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Fed. Rules of Evidence, not later than **June 3, 2005**. The Defendant shall serve the Plaintiffs with its statement of the expert witnesses its expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) not later than **June 24, 2005**. If necessary to refute the disclosed opinions of an expert witness of an opponent, a party may disclose additional experts witnesses not later than fifteen (15) days prior to the date set for the completion of depositions provided that the disclosing party then provides all of the information described in Fed. R. Civ. P. 26(a)(2) and makes the expert witness available for deposition prior to the date set for completion of depositions. Supplementation of these disclosures, if originally made prior to these deadlines, shall be made on these deadlines as to any information for which supplementation is addressed in Fed. R. Civ. P. 26(e). The testimony of the expert at trial shall be limited to the information disclosed in accordance with this paragraph

2. All depositions and discovery must be complete by **August 2, 2005**.

3. The parties will provide a status report regarding settlement negotiations by **August 2, 2005**.

**IT IS SO ORDERED.**

**DATED May 17, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**