## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company, | ) ) ) ) ) ) ) | 8:03CV171 |
| Plaintiffs, | ) ) | SCHEDULING ORDER |
| vs. | ) ) | |
| RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation, | ) ) ) | |
| Defendant. | ) | |

The following motions are set for oral argument on **Friday, July 8, 2005, at 2:30 p.m.** in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska:

    Filing 104    Defendant's Motion for Enlargement of Time to Complete Discovery and Make Rule 26(a)(2) Disclosures

    Filing 139    Defendant's Motion for Leave to Take More than 10 Depositions

Counsel who wish to participate by telephone shall contact chambers at least one day in advance, at 402-661-7340, to make the necessary arrangements.

    **IT IS SO ORDERED.**

    **DATED June 22, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**