IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH AND DODGE, and RED DEVELOPMENT OF WEST DODGE, | ) ) ) | |
| Plaintiffs, | ) ) | 8:03cv171 |
| v. | ) ) ) | |
| RAVE REVIEWS CINEMAS, | ) ) | ORDER |
| Defendant. | ) ) | |

The Clerk's Office has requested that Document Number 187 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 187 from the record. The attorney has refiled the correct document.

DATED this 28th day of June, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge