IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168ᵀᴴ & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company, | ) ) ) ) ) ) | 8:03CV171 |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation, | ) ) ) | |
| Defendant. | ) | |

    Plaintiff has filed a Motion for Protective Order (Filing 192) concerning the 33 deposition notices served by the defendant on June 20, 2005. Plaintiff has complied with NECivR 7.1(i). I note that the defendant is currently limited to conducting 10 depositions and that defendant's pending Motion for Leave to Take More than 10 Depositions (Filing 139) is set for hearing on July 8, 2005 before Magistrate Judge Gossett. In Judge Gossett's temporary absence,

    **IT IS ORDERED** that compliance with the Notices of Deposition filed by the defendant on June 20, 2005 (*see* Filings 106 through 138) is excused and held in abeyance pending Judge Gossett's ruling on Filings 139 and 192.

    DATED this 30th day of June, 2005.

                                                            BY THE COURT:

                                                            s/Joseph F. Bataillon
                                                            JOSEPH F. BATAILLON
                                                            UNITED STATES DISTRICT JUDGE