IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH AND DODGE, and RED DEVELOPMENT OF WEST DODGE, | ) ) ) | |
| Plaintiffs, | ) ) | 8:03cv171 |
| v. | ) ) | |
| RAVE REVIEWS CINEMAS, | ) ) | ORDER |
| Defendant. | ) ) | |

The Clerk's Office has requested that Document Number 194 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 194 from the record.

DATED this 1st day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge