## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company,** | ) ) ) ) ) ) ) | **8:03CV171** |
| **Plaintiffs,** | ) ) ) | **ORDER** |
| vs. | ) ) | |
| **RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Michelle M. Douglas for leave to withdraw as attorney of record for the defendant (#209). The record shows that other members of the McGrath, North law firm will remain as local counsel for the defendant.

**IT IS ORDERED:**

1. The motion for leave to withdraw (#209) is granted.

2. The Clerk shall terminate the appearance of Michelle M. Douglas and shall remove Ms. Douglas from the distribution list for this case.

**DATED July 11, 2005.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**