## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company, | ) ) ) ) ) ) | 8:03CV171 |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation, | ) ) ) | |
| Defendant. | ) | |

Now pending before the court is defendant's Motion (#211) for clarification of the court's July 8, 2005 order. Defense counsel orally advised the court that the matter had become moot.

**IT THEREFORE IS ORDERED** that the motion for clarification (#211) is denied as moot.

**DATED July 18, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge