## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company, | ) ) ) ) ) ) ) | 8:03CV171 |
| **Plaintiffs,** | ) ) ) | **SCHEDULING ORDER** |
| vs. | ) ) | |
| **RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,** | ) ) ) | |
| **Defendant.** | ) | |

Defendant has filed a motion for expedited hearing (#238) on its pending Motion for Relief from Scheduling Order (#234). The court is not available for an expedited hearing; however, the court will hold a telephonic hearing on the record on **Monday, August 1, 2005 at 3:30 p.m.** Defense counsel shall initiate the conference call to the court at 402-661-7340.

Defendant's deadline for serving expert witness disclosures and reports is suspended pending the outcome of the August 1, 2005 hearing.

**DATED July 29, 2005.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**