IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168TH & DODGE, L.P., et al., )<br>)<br>   Plaintiffs,   )<br>)<br>vs.   )<br>)<br>RAVE REVIEWS CINEMAS, LLC,   )<br>)<br>   Defendant.   ) | 8:03CV171<br><br>ORDER |

    Defendant requests an extension of time to from August 17, 2005 to August 22, 2005 to respond to Plaintiffs' Second Set of Document Requests.  Considering the time frame involved, an expedited ruling is necessary.  I find that defendant's motion should be granted.

    **IT IS ORDERED** that defendant's Motion for extension of time (#269) is granted. Defendant is given through and including August 22, 2005 to respond to Plaintiffs' Second Set of Document Requests.

    **DATED August 16, 2005.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**