IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168TH & DODGE, L.P., et al., )<br>)<br>  Plaintiffs, )<br>)<br>vs. )<br>)<br>RAVE REVIEWS CINEMAS, LLC, )<br>)<br>  Defendant. ) | 8:03CV171<br><br>ORDER |

    Defendant requests an extension of time to from August 22, 2005 to August 29, 2005 to file a reply brief in support of its pending Motion for Sanctions (#234). Considering the time frame involved, an expedited ruling is necessary. For good cause shown, I find that defendant's motion should be granted.

    **IT IS ORDERED** that defendant's Motion for extension of time (#276) is granted. Defendant is given through and including August 29, 2005 to file its reply brief in support of its pending Motion for Sanctions (#234).

    **DATED August 19, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**