IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, L.P., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:03CV171 |
| vs. | ) | |
| | ) | ORDER |
| RAVE REVIEWS CINEMAS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a motion for enlargement of time to conduct depositions and to file dispositive motions (Filing 308).

In light of the pending October 31, 2005 trial date, the plaintiffs will be required to file an expedited response.

**IT IS ORDERED** that plaintiffs shall respond to defendant's motion for enlargement of time (Filing 308) before the close of business (4:45 p.m.) on Friday, September 9, 2005.

**DATED September 8, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**