IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168TH & DODGE, L.P., et al., )<br>                                                   )<br>                    Plaintiffs,         )<br>                                                   )           8:03CV171<br>          vs.                                    )<br>                                                   )           ORDER AND<br>RAVE REVIEWS CINEMAS, LLC, )           NOTICE OF HEARING<br>                                                   )<br>                    Defendant.         ) | |

Upon review of the plaintiffs' responsive brief (#312),

**IT IS ORDERED:**

       1.    Defendant's CONSOLIDATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION AND FOR OTHER RELIEF is set for hearing on **Monday, September 12, 2005 at 11:00 a.m.** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

       2.    Counsel who wish to participate by telephone shall contact the court at 402-661-7340 before 9:30 a.m. on September 12, 2005.

       3.    All progression order deadlines, including the deadlines established after the August 1, 2005 hearing, are suspended pending the court's ruling on the motion for enlargement of time.

       **DATED September 9, 2005.**

                                                          BY THE COURT:

                                                          s/ F.A. Gossett
                                                          **United States Magistrate Judge**