IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168TH & DODGE, L.P., et al.,   )<br>                                          )<br>     Plaintiffs,          )<br>                                          )<br>     vs.                          )<br>                                          )<br>RAVE REVIEWS CINEMAS, LLC,   )<br>                                          )<br>     Defendant.          ) | 8:03CV171<br><br>ORDER |

Defendant's CONSOLIDATED MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION AND FOR OTHER RELIEF was heard on September 12, 2005. As discussed on the record,

**IT IS ORDERED** that the motion (#308) is granted, as follows:

1. The discovery deadline is extended to **October 7, 2005**.

2. The deadline for filing motions for summary judgment is extended to **October 13, 2005.**

3. The parties are given until **December 29, 2005** to file *Daubert* motions and motions in limine.

4. All disclosures pursuant to Fed. R. Civ. P. 26(a)(3) (regarding the deposition testimony, discovery and exhibits the parties may present at trial other than solely for impeachment purposes) shall be completed on or before **December 16, 2005**.

5. Defendant may reconvene the deposition of Michael Ebert, said deposition to last no longer than four (4) hours.

6. The court reiterates its earlier ruling that defendants may take up to **fifteen (15)** depositions without leave of court. This figure includes all expert and non-expert depositions, but excludes all Rule 30(b)(6) depositions.

7. The final pretrial conference is continued to Thursday, **January 5, 2006 at 9:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

8. A Jury trial is set to commence at 8:30 a.m. on **January 23, 2006**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

**DATED September 12, 2005.**

          **BY THE COURT:**

          **s/ F.A. Gossett**
          **United States Magistrate Judge**