IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, L.P., et al., | ) | |
| Plaintiffs, | ) ) ) | 8:03CV171 |
| vs. | ) ) | ORDER |
| RAVE REVIEWS CINEMAS, LLC, | ) ) | |
| Defendant. | ) | |

**IT IS ORDERED** that defendant's Motion for Hearing (Filing 324) is granted, as follows:

1.   The following motions are set for hearing on **September 27, 2005 at 1:00 p.m.** in Courtroom No. 6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska:

   302   Motion for Sanctions filed by Rave Reviews Cinemas
   321   Motion to Compel filed by 168th and Dodge , Red Development of West Dodge

The court has reserved **90 minutes** for this hearing.

2.   All counsel of record shall personally attend the hearing and may be required to testify under oath.

**DATED September 23, 2005.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**