IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH AND DODGE, and RED DEVELOPMENT OF WEST DODGE, | ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV171 |
| v. | ) ) | |
| RAVE REVIEWS CINEMAS, | ) ) | ORDER |
| Defendant. | ) ) ) | |

Before the court is defendant's Motion to Strike (Filing No. 365) Plaintiffs' Sur-Reply Brief in Opposition to Defendant's Motion for Summary Judgment (Filing No. 341).  After the considering the matter, the motion is denied.

SO ORDERED.

DATED this 8th day of December, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge