IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company,<br><br>        Plaintiffs,<br><br>vs.<br><br>RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:03CV171<br><br>ORDER |

      This matter is before the court on the "Notice of Withdrawal" (#372) filed on behalf of J.D. Moore. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows the defendant continues to be represented by other counsel.

      **IT THEREFORE IS ORDERED** that the Notice of Withdrawal (#372), construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of J.D. Moore as counsel for the defendant.

      **DATED December 21, 2005.**

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      United States Magistrate Judge