## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **168TH & DODGE, L.P., et al.,** | ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 8:03CV171 |
| **RAVE REVIEWS CINEMAS, LLC,** | ) ) | ORDER |
| Defendant. | ) ) | |

Upon review of the court file, and for good cause shown,

**IT IS ORDERED** that defendant's Motion to Permit Specific Depositions (#338) is granted.

**DATED December 29, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge