IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company, | ) ) ) ) ) ) ) | 8:03CV171 |
| Plaintiffs, | ) ) ) | ORDER |
| vs. | ) ) | |
| RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation, | ) ) ) ) | |
| Defendant. | ) | |

    This matter is before the court on the "Notice of Withdrawal" (#392) filed on behalf of Robert W. Shely. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows the defendant continues to be represented by other counsel.

    **IT THEREFORE IS ORDERED** that the Notice of Withdrawal (#392), construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Robert W. Shely as counsel for the defendant.

    **DATED January 5, 2006.**

                                                                   **BY THE COURT:**

                                                                   s/ F.A. Gossett
                                                                   **United States Magistrate Judge**