# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **168TH & DODGE, L.P., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:03CV171** |
| vs. | ) | |
| | ) | **ORDER** |
| **RAVE REVIEWS CINEMAS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' joint motion for extension of time to lodge evidentiary objections to deposition designations and disclosure of trial exhibits.

**IT IS ORDERED** that the motion (#396) is granted, and the parties are given until January 27, 2006 to submit evidentiary objections to deposition designations and disclosure of trial exhibits.

**DATED January 9, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**