IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168th and DODGE, L.P., a Nebraska, Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,<br><br>Defendant. | Case No. 8:03CV171<br><br>ORDER |

This matter is before the Court on Filing No. 403, Plaintiff's Unopposed Motion for Extension of Time to File its Brief in Opposition to Defendant's Motions in Limine/*Daubert* Motions and Motions to Strike Plaintiffs' Expert Designations (Filings Nos. 380, 382, 383, 384, and 385). Defendant has no objection to this motion. Upon consultation with Judge Bataillon's chambers,

**IT IS ORDERED** that the motion is granted. Plaintiffs shall be given until January 20, 2006 in which to file their Brief in Opposition to Defendant's Motions in Limine/Daubert Motions and Motions to Strike Plaintiffs' Expert Designations. (Filing Nos. 380, 382, 383, 384, and 385).

**DATED January 13, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**