# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **168th AND DODGE, LP, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | 8:03CV171 |
| vs. | ) | |
| | ) | |
| **RAVE REVIEWS CINEMAS, LLC, et al.,** | ) | Order |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

The defendant, Rave Reviews Cinemas LLC, et al., requested a transcript of a hearing held on July 8, 2005.  The defendant was ordered to put approximately $290.00 on file with the Clerk of Court.  The transcript was prepared and filed [247] on August 1, 2005.  Upon review of the court's financial records, is was noted that the actual cost of the transcript was $299.20.

IT IS ORDERED:

1. The defendant, Rave Reviews Cinemas LLC, et al., is ordered to deposit with the Clerk of the U.S. District Court a check in the amount of $9.20 for the final costs of the transcript [247].

Dated:  May 10, 2006.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge