# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 168TH & DODGE, LP, a Nebraska Limited Partnership f/k/a BROWN INVESTMENT PARTNERSHIP, LTD., and RED DEVELOPMENT OF WEST DODGE, LLC, a Missouri Limited Liability Company,      Plaintiffs,   vs.   RAVE REVIEWS CINEMAS, LLC, a Texas Limited Liability Corporation,      Defendant. | 8:03CV171   ORDER |

     This matter is before the court on the Motion to Withdraw [446] filed by Matthew W. Lytle. The record shows the defendant continues to be represented by other counsel.

     **IT THEREFORE IS ORDERED** that the Motion to Withdraw [446] is granted. The Clerk shall terminate the appearance of Matthew W. Lytle as counsel for the defendant.

     **DATED June 12, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**