IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| 168TH AND DODGE, and RED DEVELOPMENT OF WEST DODGE, | ) ) ) | |
| Plaintiffs, | ) ) | 8:03CV171 |
| v. | ) ) | |
| RAVE REVIEWS CINEMAS, | ) ) | ORDER |
| Defendant. | ) ) | |

Before the court is plaintiff's Motion for a Stay and to Post Bond during the appeal of this matter. Filing No. 456. After reviewing the same, the court finds the motion should be granted. Fed. R. Civ. P. 62(d).

THEREFORE, IT IS ORDERED that plaintiff's motion for a stay of judgment, Filing No. 456, is granted. Plaintiff shall post bond in the amount of $10,000.00 with the Clerk of Court.

DATED this 29th day of September, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge